UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6-16-bk-00506-ABB

In re:

EMMAMUEL OLUFEMI FANIBI,

      Debtor.

_____/

## TRUSTEE'S MOTION TO MODIFY
## ORDER CONFIRMING CHAPTER 13 PLAN

<u>Notice of Opportunity to Object and for Hearing</u>

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Bankruptcy Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801, and serve a copy of the same on the Chapter 13 Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested.

**COMES NOW** the Trustee, and files this Motion to Modify the Order Confirming Chapter 13 Plan, and, as grounds in support of this Motion, the following is stated:

1.      The Order Confirming Plan was entered on July 20, 2016.

2.      The Debtor experienced an unexpected loss of income in that the investment property debtor owns was not rented in the months of August and September, 2016 and the Debtor is unable to make the plan payments for these two months.

3.     The Debtor seeks to skip plan payments as shown in the attached spreadsheet, and make up the missed plan payments over the next 12 months, as is required by the Bankruptcy Court. Spreadsheet attached as Exhibit "A".

4.     The General Unsecured Creditors in this case will not be adversely affected by this modification as there are no unsecured debts in this case.

WHEREFORE, the Trustee prays that this Court will grant this Motion and order the modification of plan payments, and for such other relief as this Court may deem appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have forwarded a true and correct copy of this Motion to Modify Confirmed Chapter 13 Plan to All Creditors and Parties in Interest, this 19th day of October, 2016.

BY: /s/ Laurie K. Weatherford
          Laurie K. Weatherford, Trustee
          Stuart Ferderer, Esquire
          Fla. Bar No. 0746967
          Wayne Spivak, Esq.
          Fla. Bar No. 38191
          Post Office Box 3450
          Winter Park, Florida 32790-3450
          Telephone: (407) 648-8841
          Telecopy:  (407) 648-2665

| DUE DATE 25TH | 16-00506 B 2/25/2016 Unsecured | Debtor Pmt | 6.0% Too Fee | OSCEOLA CO TAX RENTAL | SELENE FIN MARIFIED LOOP | POST PET ARR |
|---|---|---|---|---|---|---|
| | 60 | 60 | | | | |
| 2/25/2016   1 | $0.00 | $2,259.00 | $135.54 | TANGIBLE | $2,123.46 | |
| 3/25/2016   2 | $0.00 | $2,259.00 | $135.54 | TAX | $2,123.46 | |
| 4/25/2016   3 | $0.00 | $2,259.00 | $135.54 | | $2,123.46 | |
| 5/25/2016   4 | $0.00  4 at | $2,259.00 | $135.54 | 4 at | 4 at  $2,123.46 | 4 at |
| 6/25/2016   5 | $0.00 | $3,149.00 | $188.94 | $17.00 | $2,737.61 | $205.45 |
| 7/25/2016   6 | $0.00  2 at | $3,149.00 | $188.94 | 2 at  $17.00 | 2 at  $2,737.61 | 2 at  $205.45 |
| 8/25/2016   7 | $0.00  1 at | $2.00 | $0.12 | 1 at  $1.88 | $0.00 | $0.00 |
| 9/25/2016   8 | $0.00  1 at | $0.00 | $0.00 | 1 at  $0.00 | 2 at  $0.00 | 2 at  $0.00 |
| 10/25/2016   9 | $0.00 | $3,612.00 | $216.72 | $30.10 | $3,193.89 | $170.49 |
| 11/25/2016   10 | $0.00 | $3,612.00 | $216.72 | $30.10 | $3,193.89 | $170.49 |
| 12/25/2016   11 | $0.00 | $3,612.00 | $216.72 | $30.10 | $3,193.89 | $170.49 |
| 1/25/2017   12 | $0.00 | $3,612.00 | $216.72 | $30.10 | $3,193.89 | $170.49 |
| 2/25/2017   13 | $0.00 | $3,612.00 | $216.72 | $30.10 | $3,193.89 | $170.49 |
| 3/25/2017   14 | $0.00 | $3,612.00 | $216.72 | $30.10 | $3,193.89 | $170.49 |
| 4/25/2017   15 | $0.00 | $3,612.00 | $216.72 | $30.10 | $3,193.89 | $170.49 |
| 5/25/2017   16 | $0.00 | $3,612.00 | $216.72 | $30.10 | $3,193.89 | $170.49 |
| 6/25/2017   17 | $0.00 | $3,612.00 | $216.72 | 9 at  $30.10 | $3,193.89 | $170.49 |
| 7/25/2017   18 | $0.00 | $3,612.00 | $216.72 | 1 at  $29.99 | $3,193.89 | $170.49 |
| 8/25/2017   19 | $0.00 | $3,612.00 | $216.72 | | 11 at  $3,193.89 | 11 at  $170.49 |
| 9/25/2017   20 | $0.00  12 at | $3,612.00 | $216.72 | | 1 at  $3,193.76 | 1 at  $170.31 |
| 10/25/2017   21 | $0.00  1 at | $3,158.79 | $189.41 | | $2,737.61 | |
| 11/25/2017   22 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 12/25/2017   23 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 1/25/2018   24 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 2/25/2018   25 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 3/25/2018   26 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 4/25/2018   27 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 5/25/2018   28 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 6/25/2018   29 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 7/25/2018   30 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 8/25/2018   31 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 9/25/2018   32 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 10/25/2018   33 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 11/25/2018   34 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 12/25/2018   35 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 1/25/2019   36 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 2/25/2019   37 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 3/25/2019   38 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 4/25/2019   39 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 5/25/2019   40 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 6/25/2019   41 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 7/25/2019   42 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 8/25/2019   43 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 9/25/2019   44 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 10/25/2019   45 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 11/25/2019   46 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 12/25/2019   47 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 1/25/2020   48 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 2/25/2020   49 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 3/25/2020   50 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 4/25/2020   51 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 5/25/2020   52 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 6/25/2020   53 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 7/25/2020   54 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 8/25/2020   55 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 9/25/2020   56 | $0.61 | $2,913.00 | $174.79 | | $2,737.61 | |
| 10/25/2020   57 | $0.61 | $2,913.00 | $174.79 | | $2,737.61 | |
| 11/25/2020   58 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 12/25/2020   59 | $0.61 | $2,913.00 | $174.78 | | $2,737.61 | |
| 1/25/2021   60 | $0.61  39 at | $2,913.00 | $174.78 | | 9 at  40 at  $2,737.61 | |
| | | | | CLAIM 1 | CLAIM 2 | CLAIM 302 |
| | $23.79 | $175,443.79 | $10,526.63 | $336.77 | $161,800.00 | $2,456.60 |
| | $0.00 | | | $336.77 | 164,256.60 | 2,456.60 |
| | #DIV/0! | | | INCLUDES | | |
| | | | | 18% INTEREST | | |



https://reservations.liverez.com/owners/owner_statement.aspx?

| | | | | |
|---|---|---|---|---|
| **Reserve Amount** | $1,000.00 | **Statement Balance** | $686.96 |
| | | **Previous Balance** | $0.00 |
| | | **Reserve Amount Withheld** | $0.00 |
| | | **Reserve Amount Applied** | $0.00 |
| | | **Total Payments To Owner:** | $686.96 |
| | | **Total Due From Owner** | $0.00 |
| | | **Total Payments From Owner** | $0.00 |
| | | **Balance** | $0.00 |

**Comments To Owner**
Transferred $686.96 to owner, 10/3/16

10/3/20

Reservations : Magical Vacation Homes

https://reservations.liverez.com/owners/owner_statement.aspx?II

| Item | Date | Note | | |
|---|---|---|---|---|
| Replace 3 regular light bulbs | 9/11/2016 | | $7.50 | $0.00 |
| TV in theater room not working, tgrouble shoot with CenturyLink and reboot system | 9/11/2016 | | $32.50 | $0.00 |
| Supply kids` plastic dinnerware | 9/14/2016 | | $20.00 | $0.00 |
| Supply Highchair | 9/17/2016 | | $75.99 | $0.00 |
| Supply mop | 9/17/2016 | | $19.00 | $0.00 |
| Supply Pack and Play | 9/17/2016 | | $112.00 | $0.00 |
| Supply stroller | 9/17/2016 | | $92.99 | $0.00 |
| Fix loose tiles by back of pool fence | 9/20/2016 | | $75.00 | $0.00 |
| Replace 2 flood light bulbs | 9/20/2016 | | $18.00 | $0.00 |
| Replace 2 regular light bulbs | 9/20/2016 | | $5.00 | $0.00 |
| Supply & install curtain rod set in the Blue room | 9/20/2016 | | $48.75 | $0.00 |
| 1 oven mitt | 9/21/2016 | Not enough in home | $7.50 | $0.00 |
| 1 pot holder | 9/21/2016 | Not enough in home | $4.00 | $0.00 |
| 12x juice glasses | 9/21/2016 | Provide set of juice glasses for kitchen | $36.00 | $0.00 |
| 12x plastic glasses | 9/21/2016 | Provide set of plastic glasses for pool area | $36.00 | $0.00 |
| Supply 3 kitchen towels | 9/21/2016 | Not enough in home | $12.00 | $0.00 |
| Supply pool towels x9 | 9/21/2016 | | $135.00 | $0.00 |
| | | **Totals** | $1,729.23 | $0.00 |

**Reservation Summary**

| Res # | Type | Dates | Guest | Gross | Net/Rate | Net Income |
|---|---|---|---|---|---|---|
| 3370369 | Guest | 9/21/2016 - 9/29/2016 | Jeffrey Turpin | $2,553.60 | 80.0% | $2,042.88 |
| 3486326 | Guest | 9/2/2016 - 9/7/2016 | Ralph Machin | $0.00 | $1,632.80 | $1,632.80 |
| 3505485 | Owner | 9/9/2016 - 9/18/2016 | Deborah Carmichael | $0.00 | 0.0% | $0.00 |
| | | | **Total** | $2,553.60 | | $3,675.68 |

| Additional Documents | Owner Income | $3,899.68 |
|---|---|---|
| | Owner Expenses | $3,212.72 |

10/3/20

https://reservations.liverez.com/owners/owner_statement.aspx'

**Magical Vacation Homes**
7555 Osceola Polk Line Rd
Davenport Florida 33896
1-866-991-3158
407-552-6155

Print Statement
View Statement

| Owner | Emmanuel Fanibi | | Property: | RVH_248 |
|---|---|---|---|---|
| | 62 Harts Grove | | | 390 Muirfield Loop |
| | Woodford Essex IG8 0BN | | | 34747 |
| | United Kingdom | | | |

| Statements Property | | RVH_248 | Month/Year | | 9/2016 |
|---|---|---|---|---|---|

**Monthly Recurring Costs / Charges**

| Item | Description | Expense | Income |
|---|---|---|---|
| Century Link - 3 months payments to get service reinstated | | $413.49 | $0.00 |
| Monthly Management Fee | | $175.00 | $0.00 |
| Pool heat paid for by guest | 3370369 | $0.00 | $224.00 |
| Weekly pool cleaning | | $115.00 | $0.00 |
| | Totals | $703.49 | $224.00 |

**Cleaning Summary**

| Item | Description | Expense | Income |
|---|---|---|---|
| Res: 3370369 | Cleaning Charge to owner | $260.00 | $0.00 |
| Res: 3486326 | Cleaning Charge to owner | $260.00 | $0.00 |
| Res: 3505485 | Cleaning Charge to owner | $260.00 | $0.00 |
| | Totals | $780.00 | $0.00 |

**Maintenance Summary**

| Item | Completed | Description | Expense | Income |
|---|---|---|---|---|
| Deep clean | 9/7/2016 | | $520.00 | $0.00 |
| Clean 1 king comforter set | 9/9/2016 | | $38.50 | $0.00 |
| Clean 3 Queen comforter sets | 9/9/2016 | | $105.00 | $0.00 |
| Steam clean carpet | 9/9/2016 | Steam clean carpet | $306.00 | $0.00 |
| Fix Master Tub handle | 9/11/2016 | | $22.50 | $0.00 |

10/3/201

Label Matrix for local noticing
113A-6
Case 6:16-bk-00506-ABB
Middle District of Florida
Orlando
Wed Oct 19 13:19:18 EDT 2016

Christiana Trust, a Division of Wilmington S
Storey Law Group, P.A.
3191 Maguire Boulevard
Suite 257
Orlando, FL 32803-3723

Emmanuel Olufemi Fanibi
62 Harts Grove
Essex UK 1G0813N
Woodford Green
 United Kingdom

Christiana Trust, Stanwich 2012-13 -
9990 Richmond Avenue
Suite 400S
Houston, TX 77042-8500

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Osceola County Tax Collector
Attn:  Patsy Heffner
Post Office Box 422105
Kissimmee FL 34742-2105

Patsy Heffner, CFC, Osceola County Tax Colle
P O Box 422105
Kissimmee, FL  34742-2105

SELENE FINANCE
9990 RICHMOND AVENUE
SUITE 400 SOUTH
HOUSTON TX 77042-4546

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

United States Trustee - ORL7/13 7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Suzanne V Delaney +
Storey Law Group, PA
3670 Maguire Boulevard, Suite 200
Orlando, FL 32803-3012

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    11
Bypassed recipients     2
Total                  13